## CHRISTOPHER DWYER *v.* COMMISSIONER OF CORRECTION

The petitioner Christopher Dwyer's petition for certification for appeal from the Appellate Court, 102 Conn. App. 838 (AC 27981), is denied.

*Gary A. Mastronardi,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided October 10, 2007

## STATE OF CONNECTICUT *v.* PETER GRANT

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 456 (AC 26871), is denied.

*William B. Westcott,* special public defender, in support of the petition.

*Kathryn Ward Bare,* deputy assistant state's attorney, in opposition.

Decided October 10, 2007